UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT L. RINKE, individually and
on behalf of all others similarly situated,

    Plaintiffs,

v.                                                                      3:10cv206-WS-EMT

BP, P.L.C., et al.,

_____

ORDER OF DISQUALIFICATION

I hereby disqualify myself from participation as a judge in this case.

DONE AND ORDERED this   15th   day of   June  , 2010.


                                                 s/ William Stafford
                                               WILLIAM STAFFORD
                                               SENIOR UNITED STATES DISTRICT JUDGE